IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELINO CALDERON SILVA,

    Plaintiff,                          No. CIV S-01-0024 LKK EFB P

    vs.

ROSEANNE CAMPBELL,

    Defendants.                  ORDER

/

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Defendants have filed a request to vacate the pretrial dates in this action.

    Pursuant to the January 6, 2006 schedule, plaintiff's pretrial statement was due September 22, 2006, defendants' pretrial statement was due October 6, 2006, pretrial conference is set for October 13, 2006, and trial is set for January 2, 2007.

    Because defendants' June 23, 2006, motion for summary judgment is pending, defendants' September 13, 2006, request is granted and the above dates are vacated. *See* Fed. R. Civ. P. 16(b).

    So ordered.

Dated: November 8, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE